IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARCO TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-2130-JAR |
| ) | |
| KANSAS HEAVY CONSTRUCTION, ) | |
| L.L.C. ) | |
| ) | |
| Defendant. ) | |

### ORDER

This case comes before the court on the motion of Mark E. Meyer to withdraw as counsel of record for plaintiff (ECF No. 32). Because the record reflects that D. Kan. Rule 83.5.5(a) has been satisfied,[1] the motion is granted. The Clerk is directed to update the docket accordingly and remove Mr. Meyer from electronic notification for this case.

Plaintiff is now proceeding pro se and is "personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order."[2] Defendant filed a motion for summary judgment on April 20, 2018 (ECF No. 38). Under D. Kan. Rule 6.1(d)(2), plaintiff's response to the motion is due May 11, 2018. If plaintiff does not file a response by that date, in the form described in the "Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment" (ECF No. 40), the motion may be granted as unopposed and the case dismissed.

---

[1] *See* ECF Nos. 32 and 41, and exhibits accompanying both.

[2] D. Kan. Rule 83.5.5(a)(1)(B).

Copies of this order shall be mailed to the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated April 23, 2018, at Kansas City, Kansas.

                                        s/ James P. O'Hara  
                                        James P. O'Hara  
                                        U.S. Magistrate Judge